WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11731
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
lrobbins@wrightlegal.net

*Attorneys for Defendants,* U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5 (incorrectly identified in Plaintiff's Complaint as "US Bank, National Association"), WESTERN PROGRESSIVE – NEVADA, INC.; and OCWEN LOAN SERVICING, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFRED CLARK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEW CENTURY MORTGAGE COMPANY; US BANK, NATIONAL ASSOCIATION; BARKLAYS CAPITAL REAL ESTATE INC.; WESTERN PROGRESSIVE – NEVADA, INC.; OCWEN LOAN SERVICING, LLC; DOES I-X inclusive; and ROE CORPORATIONS I-X inclusive,<br><br>　　　　Defendants. | Case No.:  2:18-cv-02241-APG-PAL<br><br>**JOINDER TO DEFENDANT BARCLAY CAPITAL REAL ESTATE INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS** |

　　COMES NOW Defendants, U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5 (incorrectly identified in Plaintiff's Complaint as "US Bank, National Association"), WESTERN PROGRESSIVE – NEVADA, INC.; and OCWEN LOAN SERVICING, LLC (hereinafter "Defendants"), by and through their counsel of record, Christopher A.J. Swift, Esq. and Lindsay D. Robbins, Esq. of the law firm of Wright, Finlay & Zak, LLP, and hereby files this Joinder to Defendant Barclay Capital Real Estate Inc.

1

(hereinafter "Barclay") Reply in Support of Motion to Dismiss [ECF No. 15]. Plaintiff's allegations against Defendants are entirely without merit and have previously been disposed of by the court. Plaintiff's Opposition ignores the effect of the previous court's order and provides no alternative basis for this Court to grant relief. Defendants adopt and incorporate the arguments and authorities set forth in Barclay's Reply.

DATED this 21st day of January, 2019.

        WRIGHT, FINLAY & ZAK, LLP

        */s/ Lindsay D. Robbins*
        Christopher A.J. Swift, Esq.
        Nevada Bar No. 11731
        Lindsay D. Robbins, Esq.
        Nevada Bar No. 13474
        7785 W. Sahara Ave., Suite 200
        Las Vegas, Nevada 89117
        *Attorneys for Defendants, U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5 (incorrectly identified in Plaintiff's Complaint as "US Bank, National Association"), WESTERN PROGRESSIVE – NEVADA, INC.; and OCWEN LOAN SERVICING, LLC*

### CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 21st day of January, 2019, a true and correct copy of this **JOINDER TO DEFENDANT BARCLAY CAPITAL REAL ESTATE INC.'S MOTION TO DISMISS** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case and/or served by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Alfred Clark
5613 Harmony Ave.
Las Vegas, NV 89107
Liteone62@yahoo.com

*/s/ Erica Baker*
An Employee of WRIGHT, FINLAY & ZAK, LLP