AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ALFRED CLARK,

           Plaintiff,

v.

NEW CENTURY MORTGAGE COMPANY, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-02241-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendant U.S. Bank, N.A. and against plaintiff Alfred Clark in the amount of $16,840.30 in attorney's fees.

7/21/21
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk