UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALFRED CLARK, | Case No.: 2:18-cv-02241-APG-BNW |
| Plaintiff | |
| v. | **Order Denying (1) Motion to Vacate Order, and (2) Motion for Evidentiary Hearing** |
| NEW CENTURY MORTGAGE COMPANY, et al., | [ECF Nos. 61, 64] |
| Defendants | |

     I previously ordered that the notice of lis pendens that plaintiff Alfred Clark recorded against the subject property be expunged. No. 52.  I later denied Clark's motion for reconsideration of that order. ECF No. 59.  Clark now moves to vacate those orders and requests an evidentiary hearing. ECF Nos. 61, 64.  In essence, Clark seeks a second reconsideration of my order of expungement.  Despite Clark's strenuous arguments, he does not offer sufficient legal or factual bases for me to reconsider my prior orders.  While Clark may believe in the merits of his case, I disagree with his arguments, and I therefore decline to vacate my order.  So there is no reason for an evidentiary hearing.

     The U.S. Bank defendants[1] request an award of their attorneys' fees incurred in responding to Clark's latest motions.  I previously awarded them $2,792.50 in fees for having to move to expunge the lis pendens. ECF Nos. 52, 59.  I am sympathetic to their plight of responding to Clark's repeated motions.  If Clark files any more motions in this case, the defendants do not need to respond to them unless the court orders them to do so.  I hereby put

---

[1] "The U.S. Bank defendants" refers to defendants U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5; Western Progressive – Nevada, Inc.; and Ocwen Loan Servicing, LLC.

Clark on notice that any future motions for reconsideration, or any other baseless motions, will likely result in significant monetary sanctions against him.

I THEREFORE ORDER that Clark's motions to vacate **(ECF No. 61)** and for an evidentiary hearing **(ECF No. 64) are denied**.

DATED this 16th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE